UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 20-23257-CIV-CANNON/Otazo-Reyes

**DALIA MIRANDA**,
on behalf of herself and all others similarly situated,

    Plaintiff,

v.

**WASTE MANAGEMENT, INC. OF FLORIDA**,

    Defendant.
_____/

## ORDER GRANTING MOTION FOR ATTORNEYS' FEES

**THIS CAUSE** comes before the Court upon Plaintiff's Motion for an Award of Attorneys' Fees and Litigation Expenses ("Motion for Attorneys' Fees") [ECF No. 36]. The Court held a Fairness Hearing on the Motion for Attorneys' Fees on September 10, 2021 and a Supplemental Fairness Hearing on September 15, 2021. The Court has reviewed the record and the applicable law and is otherwise fully advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion for Attorneys' Fees [ECF No. 36] is **GRANTED**.

2. Plaintiffs' request for attorney fees in the amount of $491,960 and reimbursement of costs in the amount of $30,259.30 to be paid out of the common fund, is deemed reasonable and appropriate under the circumstances.

**DONE AND ORDERED** in Fort Pierce, Florida this 16th day of September 2021.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record