UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 20-23257-CIV-CANNON/Otazo-Reyes

**DALIA MIRANDA**,
on behalf of herself and all others similarly situated,

    Plaintiff,

v.

**WASTE MANAGEMENT, INC. OF FLORIDA**,

    Defendant.
_____/

## FINAL JUDGMENT

**THIS CAUSE** comes before the Court upon the Court's Order Approving Class Settlement [ECF No. 45]. Pursuant to Federal Rule of Civil Procedure 58, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. For the reasons stated in the Court's Order Approving Class Settlement, judgment is entered in accordance with the Order Approving Class Settlement in this case and Plaintiff's released claims asserted against Defendant.

2. All released parties in this action are dismissed with prejudice, without costs to any party, except as otherwise provided in Order Approving Class Settlement in this case or in the settlement agreement.

3. The Clerk of Court is directed to **CLOSE** this case.

4. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Pierce, Florida this 20th day of September 2021.

                                                **AILEEN M. CANNON**
                                                **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record